## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WGBH EDUCATIONAL FOUNDATION, )<br>               Plaintiff, )<br>)<br>v. )<br>)<br>IMAX CORPORATION, and IMAX LTD, )<br>               Defendants. ) | Civil Action No.  05-10218-NMG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff WGBH Educational Foundation hereby notices the dismissal of this action, pursuant to Fed. R. Civ. P. 41(a)(1)(i), without prejudice.

>Respectfully submitted,
>
>WGBH EDUCATIONAL FOUNDATION
>By its attorneys,
>
>/s/ H. Joseph Hameline
>H. Joseph Hameline (BBO #218710)
>MINTZ, LEVIN, COHN, FERRIS,
>  GLOVSKY AND POPEO, P.C.
>One Financial Center
>Boston, MA  02111
>Tel.:  617-542-6000
>Fax:  617-542-2241
>hhameline@mintz.com
>
>OF COUNSEL:
>Eric Adam Brass (BB0 #054360)
>WGBH Educational Foundation
>125 Western Avenue
>Boston, MA 02134
>Tel.    (617) 300-4405
>Fax:    (617) 300-1014
>eric_brass@wgbh.org

DATED:  May 1, 2006

LIT 1570715v.1